**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 12-60085 |
| Sandra Taylor } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

My Former Mailing Address was:

Name:      Sandra Taylor

Street:         3422 Wicklow Rd

City, State, Zip: Columbus, OH 43204

**Please be advised that effective December 9th, 2014,
my new mailing address is:**

Name:         **Sandra Taylor**

Street:            **9363 Alkire Rd**

City, State Zip: **Grove City, OH 43123**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on December 9th, 2014 to the following:
**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Sandra Taylor
9363 Alkire Rd
Grove City, OH 43123

                                Respectfully Submitted,

                                /s/ Erin E. Schrader
                                Erin E. Schrader (0078078)
                                5 East Long Street
                                Suite 300
                                Columbus, Ohio 43215
                                (614) 228-4480