**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No.: 12-60085 |
| Sandra Taylor } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

**My Former Mailing Address was**:

Name:        Sandra Taylor

Street:        9363 Alkire Rd

City, State, Zip: Grove City, OH 43213

**Please be advised that effective January 28, 2017**
**my new mailing address is:**

Name:        Sandra Taylor

Street:        210 S Walnut St

City, State, Zip:   London, OH 43140

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on January 28, 2017 to the following:

**Trustee:**
Faye D. English
10 W Broad Street
Suite 900
Columbus, OH 43215

**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Sandra Taylor
210 S Walnut St
London, OH 43140

                                                     Respectfully Submitted,
                                                     <u>/s/ Erin E. Schrader</u>
                                                     Erin E. Schrader (0078078)
                                                   Rauser & Associates
                                                   5 East Long St., Suite 300
                                                   Columbus, OH 43215
                                                   (614) 228-4480